USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

V.W., individually and on behalf of A.H., a child with a disability,

      Plaintiffs,

v.

NEW YORK CITY DEPARTMENT OF EDUCTION,

      Defendant.

No. 20-CV-2376 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq*. The parties are hereby ordered to submit a joint letter, no later than January 12, 2021, indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated: December 23, 2020
     New York, New York

                Ronnie Abrams
                United States District Judge