

ANDREW CUDDY
MANAGING ATTORNEY
ACUDDY@CUDDYLAWFIRM.COM
DIRECT DIAL 315-370-2404

January 12, 2021

JUSTIN CORETTI
ASSOCIATE ATTORNEY
JCORETTI@CUDDYLAWFIRM.COM
DIRECT DIAL 315-370-1042

Hon. Ronnie Abrams
U.S. District Court
Southern District of New York

    Re:    V.W., on behalf of A.H., a child with a disability against
               New York City Department of Education
               Case No. 1:20-cv-02376

Judge Abrams,

    I would like to request an adjournment of the scheduled conference in the above-referenced matter. The Defendant answered our complaint in December 2020 and are still seeking settlement authority for this matter. The Plaintiff is in the process of obtaining information requested by the Defendant for purposes of settlement authority. I have spoken with the Defendant's attorney, Mr. Copatrick Thomas, and we believe an adjournment of sixty (60) days will be sufficient.

    Thank you for your consideration in this matter and I apologize for any inconvenience this has caused.

Sincerely,

*Justin M. Coretti /s*

Justin M. Coretti

Cc: Copatrick Thomas, Assistant Corporation Counsel
     Via ECF

Application granted. The parties are directed to file a joint status update no later than March 15, 2021. In the event that the action does not settle, the parties are directed to include in their joint letter the information described in the Court's December 23, 2020 order. Dkt. 18.

SO ORDERED.

Hon. Ronnie Abrams
Jan. 13, 2021