**CUDDY LAW FIRM, PLLC**
SPECIAL EDUCATION AND SPECIAL NEEDS PLANNING ATTORNEYS

AUBURN OFFICE

ANDREW CUDDY
MANAGING ATTORNEY
ACUDDY@CUDDYLAWFIRM.COM
DIRECT DIAL 315-370-2404

JUSTIN CORETTI
ASSOCIATE ATTORNEY
JCORETTI@CUDDYLAWFIRM.COM
DIRECTDIAL 315-370-1042

April 16, 2021

Hon. Ronnie Abrams
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    V.W. obo A.H., a child with a disability v. New York City Department of Education
              Case No. 1:20-cv-02376

Honorable Ronnie Abrams:

Per the March 16, 2021 order, we are submitting a joint letter regarding a status update on settlement negotiations for the above-referenced case.

Although the parties have not yet reached a resolution, they remain hopeful that a settlement will be reached. Mr. Thomas, attorney for the Defendant, reviewed my office's timesheets and prepared a memo for the purposes of settlement. He anticipates receiving settlement authority in the coming weeks. As such, the parties propose an adjournment *sine die* of the current briefing schedule and suggest a status update on settlement in thirty (30) days. If the matter is not settled by that point, we can propose a new briefing schedule or request a referral to a magistrate judge for a settlement conference.

This is the parties first request for an adjournment of the briefing schedule.

Thank you for your time and consideration.

    Respectfully,

    *s/ Justin M. Coretti*

CC: Copatrick Thomas, Assistant Corporation Counsel
      Via ECF

The current briefing schedule is hereby adjourned by thirty days, such that Plaintiff's motions are due by June 7, 2021; Defendant's response is due by June 21, 2021, and Plaintiff's reply is due on June 28, 2021.

If this action does not settle prior to May 17, 2021, the parties shall file an additional status update by that date.

SO ORDERED.

Hon. Ronnie Abrams
04/19/2021